435

**ESTATE of Arthur JORDAN, by Alice B. Jordan, as Executrix and Administratrix, and James L. Gavin, as Administrator, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 32.

Circuit Court of Appeals, Second Circuit.

Nov. 27, 1942.

E. F. Colladay and Wilton H. Wallace, both of Washington, D. C., and Nathaniel L. Goldstein, of New York City, for petitioners.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Joseph M. Jones, Sp. Assts. to Atty. Gen., for respondent.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

The order is affirmed on the authority of Taft v. Commissioner, 304 U.S. 351, 58 S.Ct. 891, 82 L.Ed. 1393, 116 A.L.R. 346, and Chase Nat. Bank v. Higgins, D.C.S.D. N.Y., 42 F.Supp. 325, affirmed, 2 Cir., 124 F.2d 519.

**MANGUM v. UNITED STATES.**

No. 10384.

Circuit Court of Appeals, Fifth Circuit.

Nov. 30, 1942.

Walter A. Nelson and A. M. Mood, both of Fort Worth, Tex., for appellant.

Clyde O. Eastus, U. S. Atty., and Frank F. Taylor, Asst. U. S. Atty., both of Fort Worth, Tex., and Clyde G. Hood, Asst. U. S. Atty., of Dallas, Tex., for appellee.

Before HOLMES and McCORD, Circuit Judges, and STRUM, District Judge.

PER CURIAM.

The judgment appealed from in this case is affirmed on the authority of United States v. Grieme, 2 Cir., 128 F.2d 811, and Fletcher v. United States, 5 Cir., 129 F.2d 262.

**In the Matter of Florence E. BRIGHT and Lloyd S. Bright, Individually and Jointly, and Lloyd S. Bright, Trading as C. B. Daring Paper Mfg. Co., Debtors.**

**Florence E. BRIGHT and Lloyd S. Bright, etc., Appellants, v. DARING PAPER MANUFACTURING CO., Inc., et al., Appellees.**

No. 8056.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 20, 1942.

Decided Oct. 28, 1942.

Isaac S. Grossman, of Philadelphia, Pa., for appellants.

Edward McK. Hawes, of Norristown, Pa. (Martin Feldman and Joseph Ominsky, both of Philadelphia, Pa., on the brief), for appellees.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The final decree entered by Judge Kalodner on June 3, 1942, is affirmed.